O

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 19 2016

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> SHANNON TERESA GARCIA <br> Defendant. | CASE NO. SA CR 14-0071 DOC <br><br> ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) (Allegations of Violations of Probation/ Supervised Release Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

    (A)  ( ✓ ) the appearance of defendant as required; and/or

    (B)  ( ✓ ) the safety of any person or the community.

//

//

1     The court concludes:

2 A.  (✓) Defendant poses a risk to the safety of other persons or the community
3     because defendant has not demonstrated by clear and convincing
4     evidence that:
5     *Defendant submits to detention*

10 (B)  (✓) Defendant is a flight risk because defendant has not shown by clear
11     and convincing evidence that:
12     *See above.*

17     IT IS ORDERED that defendant be detained.

21 DATED: July 19, 2016

    HONORABLE JAY C. GANDHI
    UNITED STATES MAGISTRATE JUDGE