"O"

FILED
CLERK, U.S. DISTRICT COURT

DEC 27 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1

2

3

4

5

6

7

8       UNITED STATES DISTRICT COURT

9       CENTRAL DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,         )   Case No.: SACR 14-17-DOC
                                        )
12                     Plaintiff,       )   ORDER OF DETENTION AFTER
                                        )   HEARING
13          vs.                         )   [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C.
                                        )      § 3143(a)]
14   Shanan Teresa Garcia              )
                                        )
15                     Defendant.       )

16

17          The defendant having been arrested in this District pursuant to a warrant issued

18   by the United States District Court for the ___Central Dist. of CA___,

19   for alleged violation(s) of the terms and conditions of his/her [probation] [supervised

20   release]; and

21          The Court having conducted a detention hearing pursuant to Federal Rule of

22   Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

23          The Court finds that:

24   A.     (√) The defendant has not met his/her burden of establishing by clear and

25          convincing evidence that he/she is not likely to flee if released under 18 U.S.C. §

26          3142(b) or (c). This finding is based on __history of failing to__

27          __report to Probation; association w/ multiple personal__

28          __identifiers__

1

2

3      and/or

4  B.      (✓) The defendant has not met his/her burden of establishing by clear and

5      convincing evidence that he/she is not likely to pose a danger to the safety of any

6      other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This

7      finding is based on _____ criminal history _____

8

9

10

11

12

13      IT THEREFORE IS ORDERED that the defendant be detained pending further

14  revocation proceedings.

15

16  DATED:  12/27/16

17                              KAREN E. SCOTT
                              UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28